# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

13 FEB 26 AM 9:38

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>   vs.<br><br>JUAN TRUJILLO VALENCIA,<br><br>                     Defendant. | CASE NO. 12CR4260-CAB<br><br>DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

      Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/22/2013

                                              Cathy Ann Bencivengo
                                              U.S. District Judge